IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MITCHELL G ZIMMERMAN,

    Plaintiff,

    v.

Case No. 19-cv-361-bbc

WISCONSIN DEPARTMENT OF
CORRECTIONS, TONY EVERS,
KEVIN A. CARR, ERIC MUELLENBACH,
AND DIRECTOR OF SEX OFFENDER
PROGRAMS FOR THE STATE OF
WISCONSIN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 7/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |